*In re* **BERMAN**, Jennifer Lynn (MR 20133)
Chicago, IL 60606

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Jennifer Lynn Berman is suspended from the practice of law for 60 days.

Suspension effective June 10, 2005.

Respondent Jennifer Lynn Berman shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.